# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

AUTUMN DAWN BRETON,

Appellant,

v.

ELPIDIO AUGUSTO BRETON a/k/a Jose Breton,

Appellee.

No. 2D23-22

_____

February 7, 2024

Appeal from the Circuit Court for Pasco County; Brian Gnage, Judge.

Autumn Dawn Breton, pro se.

No appearance for Appellee.

PER CURIAM.

 Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.